Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michelle C. Dixon** | : | Case No. 14–21567–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 56 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **22nd day of August, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michelle C. Dixon  
    Debtor

Case No. 14-21567-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 2     Date Rcvd: Aug 22, 2016  
                 Form ID: 309     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2016.
```
db              +Michelle C. Dixon,    3111 Middletown Road,    Pittsburgh, PA 15204-2115
cr              +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                  Pittsburgh, PA 15212-5860
13837134        +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13911295        +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                  Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13837140        +State Collections,    2509 S. Stoughton Road,    Madison, WI 53716-3314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13837135        +E-mail/Text: bankruptcy@firstenergycorp.com Aug 23 2016 01:20:37      Collection Service Center,
                  839 Fifth Avenue,    New Kensington, PA 15068-6303
13837136         EDI: DISCOVER.COM Aug 23 2016 01:18:00       Discover,    P.O. Box 3025,
                  New Albany, OH 43054-3025
13844263         EDI: DISCOVER.COM Aug 23 2016 01:18:00       Discover Bank,    DB Servicing Corporation,
                  PO Box 3025,    New Albany, OH  43054-3025
13911427        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 23 2016 01:20:56      Duquesne Light Company,
                  c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                  Pittsburgh, PA 15219-1945
13837137         EDI: IRS.COM Aug 23 2016 01:18:00       Internal Revenue Service,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
13837138        +EDI: MID8.COM Aug 23 2016 01:18:00       Midland Credit Management,    8875 Aero Drive,
                  San Diego, CA 92123-2255
13840840         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2016 01:20:29      Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                  Harrisburg PA  17128-0946
13837139         E-mail/Text: philadelphia.bnc@ssa.gov Aug 23 2016 01:20:42      Social Security Administration,
                  155-10 Jamaica Avenue,    Jamaica, NY 11432
13837141        +E-mail/Text: pauline.burt@timepaymentcorp.com Aug 23 2016 01:20:39      Timepayment Corp.,
                  16 NE Executive Office Park South,    Burlington, MA 01803-5217
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              PA Dept of Revenue
                                                                                               TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Debtor Michelle C. Dixon shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
```

```
District/off: 0315-2          User: dbas              Page 2 of 2             Date Rcvd: Aug 22, 2016
                              Form ID: 309            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 7