**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHELLE C. DIXON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:14-21567 GLT<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/17/2014 and confirmed on 06/10/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 28,751.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 28,751.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,455.00 | |
| Trustee Fee | 1,112.07 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,567.07 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 24,183.93 | 0.00 | 24,183.93 |
| Acct: XXXXXXXXX5/14 | | | | |
| JPMORGAN CHASE BANK NA | 21,091.99 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX4/14 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4993 | | | | |
| INTERNAL REVENUE SERVICE* | 2,246.02 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4993 | | | | |
| | | | | 24,183.93 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQUIRE | 4,000.00 | 3,455.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHELLE C. DIXON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX1391 | | | | |

| 14-21567 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DUQUESNE LIGHT COMPANY** | 131.48 | 0.00 | 0.00 | 0.00 |
| Acct: 5001 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DISCOVER BANK(*) | 3,058.77 | 0.00 | 0.00 | 0.00 |
| Acct: 5683 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| US DEPT OF HEALTH & HUMAN SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| TIME PAYMENT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PA DEPARTMENT OF REVENUE* | 3,919.31 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX1391 | | | | |
| INTERNAL REVENUE SERVICE* | 785.46 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4993 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 24,183.93 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED         23,338.01
UNSECURED        7.895.02

Date: 09/15/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com